■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CODRINGTON, Appellant.—Judgment, Supreme Court, New York County (Martin Klein, J.), rendered on October 4, 1982, unanimously affirmed. Motion by appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Murphy, P. J., Carro, Rosenberger, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY HORNEY, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on January 7, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sullivan, Ross, Rosenberger and Smith, JJ.